**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADINA B.M.,

                        Plaintiff,

    -against-                                       24 **CIVIL** 05970 (GRJ)

                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY

                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 11, 2025, Plaintiff's request for judgment on the pleadings is DENIED; the Commissioner's request for judgment on the pleadings (Docket No. 13) is GRANTED and the case is dismissed.

**Dated:** New York, New York

       June 12, 2025

                                                               **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                             **BY:**

                                                                 **Deputy Clerk**